The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a IDS Property Casualty Insurance Company, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>JON CRITTENDEN and LAURA A. LAMBERT,<br><br>Defendants. | No. 2:20-cv-01873 BJR<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 2nd DAY OF JUNE, 2021.

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Court Judge

1